ACCEPTED
03-14-00637-CR
7799195
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 1:12:50 PM
JEFFREY D. KYLE
CLERK

# KRISTEN JERNIGAN

## ATTORNEY AT LAW

## 207 S. AUSTIN AVE., GEORGETOWN, TEXAS 78626

## (512) 904-0123 (AUSTIN AREA)    (832) 642-3081 (HOUSTON AREA)

## (512) 931-3650 (FAX)

### KRISTEN@TXCRIMAPP.COM

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 1:12:50 PM
JEFFREY D. KYLE
Clerk

CRIMINAL LAW           BOARD CERTIFIED®     CRIMINAL APPELLATE LAW

---

November 12, 2015


Hon. Jeffrey Kyle
Clerk of the Court
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

      Re:   *Christopher Brian Roberts v. The State of Texas*,
           No. 03-14-000637-CR

Dear Mr. Kyle:

This letter should serve as my notice of intent to argue the above-referenced case at the time and date set by the Court; namely: December 2, 2015 at 1:30 p.m. I appreciate the Court setting this case for oral argument and look forward to it.

Please contact me should you have any questions or require any further information.

                    Sincerely,

                    Kristen Jernigan


cc:    Scott Taliaferro
      Travis County District Attorney's Office
      P.O. Box 1748, Austin, Texas 78767